MATTISON, Respondent, v. MATTISON, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by Richard V. Mattison, Jr., against Agnes C. Mattison. E. Hymes, for appellant. E. K. Jones, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, with $10 costs and disbursements to the appellant. Order filed.

In re MAYOR, ETC., OF CITY OF NEW YORK. In re AMERICAN ICE CO. (Supreme Court, Appellate Division, First Department. January 10, 1908.) In the matter of the mayor, etc., of the city of New York. In the matter of the American Ice Company. No opinion. Motion for leave to appeal to Court of Appeals granted, and question certified. Order filed.

M. E. BLAZIER MFG. CO., Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by the M. E. Blazier Manufacturing Company against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment affirmed, with costs.

MECHANICS' & TRADERS' BANK, Appellant, v. STETTHEIMER, Respondent. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by the Mechanics' & Traders' Bank against Ludwig Stettheimer. C. Strauss, for appellant. S. H. Guggenheimer, for respondent.

PER CURIAM. Judgment and order affirmed, with costs on opinion in 116 App. Div. 198, 101 N. Y. Supp. 513. Order filed.

McLAUGHLIN, J., dissents, on memorandum on former appeal.

MEEKER, Respondent, v. TOWN OF BOONVILLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by William H. Meeker against the town of Boonville.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event. Held that as matter of law upon the evidence the highway commissioner was not guilty of negligence, and that the verdict of the jury that the plaintiff was free from contributory negligence was contrary to and against the weight of the evidence.

SPRING, J., votes for reversal on the ground that the verdict of the jury was contrary to and against the weight of the evidence on both questions.

MEIMANN, Respondent, v. LE BOWSKI, Appellant. (Supreme Court, Appellate Term. November 29, 1907.) Appeal from Municipal Court, Borough of Manhattan, Tenth District. Action by Charles Meimann against Jacob I. Le Bowski. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered.

107 N.Y.S.—72

dered. Henry Fluegelman, for appellant. I. Henry Harris, for respondent.

PER CURIAM. This action is predicated upon a verified complaint setting forth in substance that the defendant received from one Nosser the sum of $110, which the defendant promised to repay to him, and that before this action had been commenced he had duly assigned the claim for value to the plaintiff. The plaintiff had a judgment for the sum of $71.70 damages, besides costs. Neither the existence of any debt nor the assignment of any claim was shown upon the trial. The judgment rendered is without evidence to support it. Judgment reversed, with costs, and new trial ordered.

MENDELSON, Respondent, v. FELDMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Abraham Mendelson against Max Feldman and others. No opinion. Judgment and order unanimously affirmed, with costs.

MEXICO ONYX QUARRY CO. v. KELLEY. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by the Mexico Onyx Quarry Company against David J. Kelley. No opinion. Motion denied, without costs. Order filed.

MILLER, Respondent, v. JACOB et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Jacob G. Miller against Charles Jacob and another.

PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., not voting.

MOELLHAUSEN, Appellant, v. LIPSCHITZ, Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Rene Moellhausen against Samuel Lipschitz.

PER CURIAM. This is a motion to vacate a judgment in the Municipal Court of the city of New York presided over by Justice Rosenthal, for the reason that the court stenographer who took the testimony, John Norton, is permanently too ill to write out his notes, and that his notes were so badly taken that neither himself nor any one else can accurately read them. We cannot vacate the judgment for such a reason. It is the duty of the justice to make up a case as best he can and he should not neglect that duty. This failure to produce the stenographer's minutes in this same court has now persisted for more than a year and a half, as appears by motions to dismiss appeals made to this court, and if further persisted in we shall feel it our duty to appoint a referee to take proof of the causes of these delays. Let the attorney for the appellant apply to the justice to make a return here and if he neglects it for five days let the matter be brought to our attention.